753 A.2d 1150

RONALD BROWN, ET AL., PLAINTIFFS–PETITIONERS,
v. SEARS, ROEBUCK AND COMPANY, ET AL.,
DEFENDANTS-RESPONDENTS.

May 4, 2000.

It is ORDERED that the petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the Law Division for reinstatement of the complaint.

753 A.2d 1150

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. EDWARD BRIMS, DEFENDANT–PETITIONER.

May 4, 2000.

Petition for certification is granted, limited to the issues arising out of defendant's conviction of possession of a weapon for an unlawful purpose in violation of *N.J.S.A.* 2C:39–4a.